UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,        **MEMORANDUM & ORDER**

      - against -                  02 Civ. 1298 (DRH)

FRANCINE SWEET,

                Defendant.
----------------------------------X

**APPEARANCES :**

**FOR THE GOVERNMENT:**
    **Roslynn R. Mauskopf**
    United States Attorney
    Eastern District of New York
    One Pierrrepont Plaza
    Brooklyn, NY 11201
        By: Geoffrey Kaiser, A.U.S.A.

**FOR THE DEFENDANT**:
    Scott E. Leemon, P.C.
    260 Madison Ave., 20th Floor
    New York, NY 10016

**HURLEY, District Judge**:

The Court is in receipt of two *pro se* letters prepared by defendant, in which she requests that the Court reconsider its May 12, 2006 Order, and make certain recommendations, presumably to the Bureau of Prisons, to allow her to "complete the rest of [her] time in the halfway house or give [her] additional time on supervise[d] release." (July 5, 2006 Letter.) In the May 12, 2006 Order, I, in the exercise of my discretion,

declined to make those requested recommendations to the BOP, and I see no reason to deviate from that decision now.

**SO ORDERED.**

Dated:     August 5, 2006
             Central Islip, New York            /s/
                                                        Denis R. Hurley,
                                                        United States District Judge